UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| ROBERTO FALLER, Individually and on Behalf of All Others Similarly Situated, | Civil Action No. 1:25-cv-03799-AKH |
| Plaintiff, | <u>CLASS ACTION</u> |
| vs. | NOTICE OF APPEARANCE |
| UNITEDHEALTH GROUP INCORPORATED, ANDREW WITTY, and JOHN REX, |  |
| Defendants. |  |

4924-6092-5508.v1

PLEASE TAKE NOTICE THAT the undersigned hereby appears on behalf of proposed intervenor California Public Employees' Retirement System in this Action and requests that all parties serve upon the undersigned copies of all papers filed in or affecting this Action.

DATED: May 16, 2025

ROBBINS GELLER RUDMAN
  & DOWD LLP
CHAD JOHNSON
NOAM MANDEL

*s/ Noam Mandel*
NOAM MANDEL

420 Lexington Avenue, Suite 1832
New York, NY  10170
Telephone:  212/432-5100
chadj@rgrdlaw.com
noam@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
LAURIE L. LARGENT
ROBERT R. HENSSLER JR.
JEFFREY J. STEIN
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff California Public Employees' Retirement System and the Class