UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x
ROBERTO FALLER, Individually and on : Civil Action No. 1:25-cv-03799-AKH
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: LEAD PLAINTIFF CALIFORNIA PUBLIC
vs. : EMPLOYEES' RETIREMENT SYSTEM'S
: MOTION TO INTERVENE IN ORDER TO
UNITEDHEALTH GROUP : TRANSFER CASE AND VACATE LEAD
INCORPORATED, ANDREW WITTY, and : PLAINTIFF DEADLINE
JOHN REX, :
:
Defendants. :
:
------------------------------------------------------------x

4923-4982-7393.v1

TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

PLEASE TAKE NOTICE that Proposed Intervenor California Public Employees' Retirement System ("Lead Plaintiff"), the court-appointed Lead Plaintiff in the related first-filed securities fraud class action *California Public Employees' Retirement System v. UnitedHealth Group Inc.*, No. 0:24-cv-1743-JMB-DTS (D. Minn.), respectfully moves this Court for an Order granting intervention pursuant to Rule 24 of the Federal Rules of Civil Procedure for the limited purpose of transferring this case to the U.S. District Court for the District of Minnesota and vacating the lead plaintiff notice and deadline in this case as moot. In support of this Motion, Lead Plaintiff respectfully submits the accompanying memorandum of law and proposed order.

DATED:  May 16, 2025                    ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        CHAD JOHNSON
                                        NOAM MANDEL

                                        _____*s/ Noam Mandel*_____
                                        NOAM MANDEL

                                        420 Lexington Avenue, Suite 1832
                                        New York, NY  10170
                                        Telephone:  212/432-5100
                                        chadj@rgrdlaw.com
                                        noam@rgrdlaw.com

- 1 -

4923-4982-7393.v1

ROBBINS GELLER RUDMAN
  & DOWD LLP
DARREN J. ROBBINS
SAM S. SHELDON
LAURIE L. LARGENT
ROBERT R. HENSSLER JR.
JEFFREY J. STEIN
JACK ABBEY GEPHART
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
darrenr@rgrdlaw.com
ssheldon@rgrdlaw.com
llargent@rgrdlaw.com
bhenssler@rgrdlaw.com
jstein@rgrdlaw.com
jgephart@rgrdlaw.com

Lead Counsel for Lead Plaintiff California Public Employees' Retirement System and the Class

- 2 -

4923-4982-7393.v1