# EXHIBIT 1

5/8/25, 2:44 PM          UNH DEADLINE TOMORROW: ROSEN, GLOBAL INVESTOR COUNSEL, Encourages UnitedHealth Group Inc. Investors to Secur…

Case 1:25-cv-03790-AKH    Document 8-1    Filed 05/16/25    Page 2 of 3

# UNH DEADLINE TOMORROW: ROSEN, GLOBAL INVESTOR COUNSEL, Encourages UnitedHealth Group Inc. Investors to Secure Counsel Before July 15 Deadline in Securities Class Action - UNH

July 14, 2024 2:24 PM EDT | Source: The Rosen Law Firm PA (/company/7397/The-Rosen-Law-Firm-PA)

New York, New York--(Newsfile Corp. - July 14, 2024) - **WHY:** Rosen Law Firm, a global investor rights law firm, reminds purchasers of common stock of UnitedHealth Group Inc. (NYSE: UNH) between March 14, 2022 and February 27, 2024, both dates inclusive (the "Class Period"), of the important **July 15, 2024 lead plaintiff deadline.**

**SO WHAT:** If you purchased UnitedHealth common stock during the Class Period you may be entitled to compensation without payment of any out of pocket fees or costs through a contingency fee arrangement.

**WHAT TO DO NEXT:** To join the UnitedHealth class action, go to https://rosenlegal.com/submit-form/?case_id=25195 (https://api.newsfilecorp.com/redirect/V71MaS2DoV) or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com (mailto:case@rosenlegal.com) for information on the class action. A class action lawsuit has already been filed. If you wish to serve as lead plaintiff, you must move the Court **no later than July 15, 2024**. A lead plaintiff is a representative party acting on behalf of other class members in directing the litigation.

**WHY ROSEN LAW:** We encourage investors to select qualified counsel with a track record of success in leadership roles. Often, firms issuing notices do not have comparable experience, resources or any meaningful peer recognition. **Many of these firms do not actually litigate securities class actions, but are merely middlemen that refer clients or partner with law firms that actually litigate the cases.** Be wise in selecting counsel. The Rosen Law Firm represents investors throughout the globe, concentrating its practice in securities class actions and shareholder derivative litigation. Rosen Law Firm has achieved the largest ever securities class action settlement against a Chinese Company. Rosen Law Firm was Ranked No. 1 by ISS Securities Class Action Services for number of securities class action settlements in 2017. The firm has been ranked in the top 4 each year since 2013 and has recovered hundreds of millions of dollars for investors. In 2019 alone the firm secured over $438 million for investors. In 2020, founding partner Laurence Rosen was named by law360 as a Titan of Plaintiffs' Bar. Many of the firm's attorneys have been recognized by Lawdragon and Super Lawyers.

**DETAILS OF THE CASE:** According to the lawsuit, throughout the Class Period, UnitedHealth repeatedly assured investors that it had taken steps to avoid anti-competitive behavior, including by setting up "robust firewall processes" to prevent customer sensitive information ("CSI") from being shared between UnitedHealthcare and Optum after the merger (UnitedHealth's acquisition of Change Healthcare, which was then integrated into UnitedHealth's Optum business). Specifically, UnitedHealth explicitly stated that Optum "invests extraordinary time, money, and resources into safeguarding [CSI] and keeping it walled off from UnitedHealthcare" and that "UnitedHealth Group's existing firewalls and data-security policies prohibit employees from improperly sharing external-customer CSI." As a result of these misrepresentations, UnitedHealth stock traded at artificially inflated prices during the Class Period. When the true details entered the market, the lawsuit claims that investors suffered damages.

To join the UnitedHealth class action, go to https://rosenlegal.com/submit-form/?case_id=25195 (https://api.newsfilecorp.com/redirect/zEXzySxa03) or call Phillip Kim, Esq. toll-free at 866-767-3653 or email case@rosenlegal.com (mailto:case@rosenlegal.com) for information on the class action.

No Class Has Been Certified. Until a class is certified, you are not represented by counsel unless you retain one. You may select counsel of your choice. You may also remain an absent class member and do nothing at this point. An investor's ability to share in any potential future recovery is not dependent upon serving as lead plaintiff.

Follow us for updates on LinkedIn: https://www.linkedin.com/company/the-rosen-law-firm (https://api.newsfilecorp.com/redirect/4QbnzTngDY), on Twitter: https://twitter.com/rosen_firm (https://api.newsfilecorp.com/redirect/jpnbPu2P48) or on Facebook: https://www.facebook.com/rosenlawfirm/ (https://api.newsfilecorp.com/redirect/v1nXxubO7v).

Attorney Advertising. Prior results do not guarantee a similar outcome.

-------------------------------

Contact Information:

Laurence Rosen, Esq.
Phillip Kim, Esq.
The Rosen Law Firm, P.A.
275 Madison Avenue, 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Toll Free: (866) 767-3653
Fax: (212) 202-3827
case@rosenlegal.com (mailto:case@rosenlegal.com)
www.rosenlegal.com (https://api.newsfilecorp.com/redirect/JgM3quBm5z)

**The Rosen Law Firm**
**TOP RANKED GLOBAL INVESTOR COUNSEL**
866-767-3653
www.rosenlegal.com
Ranked in Top 4 Each Year Since 2013

To view the source version of this press release, please visit https://www.newsfilecorp.com/release/216300 (https://api.newsfilecorp.com/redirect/GmKL0T2joD)

SOURCE: The Rosen Law Firm PA (/company/7397/The-Rosen-Law-Firm-PA)