UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

––––––––––––––––––––––––––––––––––––––––– x
ROBERTO FALLER, Individually and on : Civil Action No. 1:25-cv-03799-AKH
Behalf of All Others Similarly Situated, :
: CLASS ACTION
Plaintiff, :
: [PROPOSED] ORDER GRANTING LEAD
vs. : PLAINTIFF CALIFORNIA PUBLIC
: EMPLOYEES' RETIREMENT SYSTEM'S
UNITEDHEALTH GROUP : MOTION TO INTERVENE IN ORDER TO
INCORPORATED, ANDREW WITTY, and : TRANSFER CASE AND VACATE LEAD
JOHN REX, : PLAINTIFF DEADLINE
:
Defendants. :
:
––––––––––––––––––––––––––––––––––––––––– x

4904-1186-2593.v1

Having considered proposed intervenor Lead Plaintiff California Public Employees' Retirement System's Motion to Intervene in Order to Transfer Case and Vacate Lead Plaintiff Deadline (the "Motion"), the Court ORDERS as follows:

1. The Motion is GRANTED.

2. CalPERS may intervene in this case pursuant to Rule 24 of the Federal Rules of Civil Procedure.

3. The May 7, 2025 notice issued in connection with the filing of this case establishing a July 7, 2025 lead plaintiff deadline is vacated and stricken. Any lead plaintiff motions filed in response to the May 7, 2025 notice are untimely and will not be considered by the Court.

4. Within five days of issuance of this Order, CalPERS is directed to issue a corrective notice, substantially in the form of Exhibit A attached hereto, informing investors that the Court has vacated and stricken the July 7, 2025 lead plaintiff deadline in this case.

5. The Clerk of the Court is hereby directed to transfer this case to the District of Minnesota.

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE ALVIN K. HELLERSTEIN
UNITED STATES DISTRICT JUDGE

# EXHIBIT A

## LEAD PLAINTIFF IN THE *UNITEDHEALTH* SECURITIES CLASS ACTION ANNOUNCES CLARIFICATION OF DEADLINE FOR SEEKING APPOINTMENT AS LEAD PLAINTIFF IN THE *FALLER* ACTION

*Business Wire* San Diego – June __, 2025 – Pursuant to an Order issued by the United States District Court for the Southern District of New York, California Public Employees' Retirement System, the court-appointed Lead Plaintiff in the first-filed securities class action styled *California Public Employees' Retirement System v. UnitedHealth Group Inc.*, No. 0:24-cv-1743-JMB-DTS (D. Minn.) (the "First-Filed Securities Class Action"), publishes this notice to clarify that: (1) on June __, 2025, the case styled *Faller v. UnitedHealth Group Inc.*, No. 1:25-cv-03799-AKH (S.D.N.Y.) (the "*Faller* Action") was transferred to the United States District Court for the District of Minnesota for the purpose of consolidation into the First-Filed Securities Class Action, with CalPERS as the court-appointed Lead Plaintiff and Robbins Geller Rudman & Dowd LLP as Lead Counsel; and (2) the deadline to seek appointment as lead plaintiff in the *Faller* Action has been vacated.

This clarification corrects information previously published by The Rosen Law Firm, P.A. on May 7, 2025, which advised that the deadline for investors to move for appointment as lead plaintiff in the *Faller* Action is July 7, 2025 (the "May 7, 2025 Notice"). The statutory deadline for any motions seeking appointment in the First-Filed Securities Class Action on behalf of investors in UnitedHealth securities previously expired on July 15, 2024. CalPERS was appointed as Lead Plaintiff in the First-Filed Securities Class Action on July 29, 2024. Pursuant to the Court's Order in the *Faller* Action, any motions filed in response to the May 7, 2025 Notice are untimely and will not be considered by the Court in the *Faller* Action.

Additional information concerning the pending First-Filed Securities Class Action is available on the docket for *California Public Employees' Retirement System v. UnitedHealth Group Inc.*, No. 0:24-cv-1743-JMB-DTS) (D. Minn.). If you wish to discuss this action, you may contact Bobby Henssler at Robbins Geller Rudman & Dowd LLP at 619-231-1058 or bhenssler@rgrdlaw.com.

4924-8778-1185.v1