UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ROBERTO FALLER, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>UNITEDHEALTHGROUP INCORPORATED, ANDREW WITTY, and JOHN REX<br><br>Defendants. | Case No. 1:25-cv-03799-AKH |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), plaintiff Roberto Faller hereby voluntarily dismisses his complaint without prejudice against all defendants in light of the prior pending related securities fraud class action *California Public Employees' Retirement System v. UnitedHealth Group Inc.*, No. 0:24-cv-1743-JMB-DTS (D. Minn.) in which CalPERS has already been appointed Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995. A class has not been certified in this action and no defendant in this action has served an answer or motion for summary judgment.

Neither Mr. Faller nor his attorneys have received or will receive any consideration for this dismissal. Each party is to bear their own costs and fees.

Dated: May 28, 2025                                 Respectfully submitted,

                                                    **THE ROSEN LAW FIRM, P.A.**

                                                    By: /s/ Phillip Kim
                                                    Phillip Kim, Esq.
                                                    Laurence M. Rosen, Esq.
                                                    275 Madison Avenue, 40th Floor

New York, New York 10016
Telephone: (212) 686-1060
Facsimile: (212) 202-3827
Email: philkim@rosenlegal.com
Email: lrosen@rosenlegal.com

*Counsel for Roberto Faller*

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on May 28, 2025, a true and correct copy of the foregoing document was filed using the Court's CM/ECF system, which will automatically serve all counsel of record registered with the Court's CM/ECF system.

/s/ Phillip Kim
Phillip Kim, Esq.
